# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEFAN INGRAM,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | No. 18-3776 |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 30th day of June, 2021, upon consideration of Defendant Waypoint Resource Group, LLC's Motion for Summary Judgment (Doc. No. 96), Plaintiff Stefan Ingram's Response (Doc. No. 100) and Waypoint's Reply Brief (Doc. No. 104), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Waypoint and against Plaintiff. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**